1  **WO**

2

3

4

5

6                    IN THE UNITED STATES DISTRICT COURT

7                        FOR THE DISTRICT OF ARIZONA

8

9   RIGOBERTO MEZA COTA; et al.,        )    No. CV 09-2704-PHX-JAT
                                        )
10              Plaintiffs,             )    **ORDER**
                                        )
11  vs.                                 )
                                        )
12                                      )
    BRIDGESTONE   AMERICAS   TIRE       )
13  OPERATIONS, LLC; et al.,            )
                                        )
14              Defendants.             )
                                        )
15  _____    )

16          "Inquiring whether the court has jurisdiction is a federal judge's first duty in every

17  case." *Belleville Catering Co. v. Champaign Market Place, L.L.C.*, 350 F.3d 691, 693 (7th

18  Cir. 2003). In this case, the complaint fails to sufficiently plead jurisdiction. *See* 28 U.S.C.

19  § 1332; *Johnson v. Columbia Properties Anchorage, L.P.*, 437 F.3d 894, 899 (9th Cir. 2006)

20  (discussing the citizenship of a limited liability company); *Faysound Ltd. v. United Coconut*

21  *Chems.*, 878 F.2d 290, 294 (9th Cir. 1989) (discussing that complete diversity is lacking

22  when plaintiff and defendant are both foreign).

23          Accordingly,

24  ///

25  ///

26  ///

27  ///

28  ///

**IT IS ORDERED** that by February 23, 2010, Plaintiffs (who are the parties asserting jurisdiction and therefore have the burden of pleading jurisdiction, *see Industrial Tectonics v. Aero Alloy*, 912 F.2d 1090, 1092 (9th Cir. 1990)) shall file an amended complaint properly alleging federal subject matter jurisdiction, or this case will be dismissed without prejudice for lack of federal subject matter jurisdiction.

DATED this 10th day of February, 2010.

James A. Teilborg
United States District Judge